UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD P. BEAUREGARD )<br>and LAURA BEAUREGARD, )<br>   Plaintiffs )<br>                         )<br>v.                         )<br>                          )<br>EVEREST PARTNERS, LLC )<br>   Defendant )| CIVIL ACTION<br>NO:05-10472-RGS |

MOTION FOR CONTINUANCE OF SCHEDULING
CONFERENCE PURSUANT TO FRCP 16 (b) & LR16.1

Now comes the plaintiff in the above-entitled matter, Richard P. Beauregard, and respectfully requests that the Court reschedule the Scheduling Conference in the above-entitled matter, presently scheduled for Monday, June 6, 2005, at 4:15 p.m.

As reason therefor, plaintiff's counsel states that he has a scheduling conflict for that date and time, as it is the date of the annual Lowell Bar Association meeting, which plaintiff's counsel will be attending all day.

WHEREFORE: counsel for the plaintiff respectfully requests that this Court reschedule the Scheduling Conference in this matter either prior to or after the date of June 6, 2005.

Dated: May 16, 2005

_____
HOWARD H. SWARTZ, ESQUIRE
Attorney for the Plaintiff
Law Offices of Howard H. Swartz, P.C.
3 Summer Street
Chelmsford, MA 01824
978-256-9655
BBO #489620

Assented To:

_____
MICHAEL L. MAHONEY, ESQUIRE
Attorney for the Defendant
Mullen & McGourty
52 Temple Place
Boston, MA 02111
617-338-9200

HOWARD H. SWARTZ
ATTORNEY AT LAW
3 SUMMER STREET
CHELMSFORD, MASS. 01824

TEL. (978) 256-9655
(978) 441-9229

*Handwritten annotations:* "Allowed to Monday, July 11, 2005 at 3:00 P.M." — "By the Court, By Mary H. [Johnson], Deputy Clerk" — "5-25-05 Stearns, DJ"

The Law Offices Of
# Howard H. Swartz, P.C.

3 Summer Street • Chelmsford, MA 01824 • Tel. (978) 256-9655 • Fax (978) 250-1171
18 Railroad Avenue • Andover, MA 01810 • Tel. (978) 474-9068 • Fax (978) 470-2444

Howard H. Swartz *
Stephen M. Hamilton *
Michael L. Tyner

*Admitted in Mass. & N.H.

May 16, 2005

Honorable Richard G. Stearns
U.S. District Court
District of Massachusetts
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Richard Beauregard, et al v. Everest Partners, LLC
      Civil Action No: 05-10472-RGS

Dear Judge Stearns:

Enclosed please find Motion for Continuance of Scheduling Conference Pursuant to FRCP 16 (b) & LR16.1 relative to the above-entitled matter.

Please be advised that I will be out of the country from July 13, 2005 to July 29, 2005 and would appreciate it if you would please not reschedule the Scheduling Conference in this matter between those dates.

Should you have any questions, or need any additional information, please feel free to contact me.

Thank you for your courtesy in this matter.

Very truly yours,

Howard H. Swartz

HHS/njm
cc: Michael L. Mahoney, Esquire
    Mullen & McGourty
    52 Temple Place
    Boston, MA 02111