UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

RICHARD BEAUREGARD and )
LAURA BEAUREGARD, )
   Plaintiffs )
  )
V. ) Civil Action
  ) No: 05-10472 RGS
EVEREST PARTNERS, )
   Defendant )

### CERTIFICATION PURSUANT TO L.R. 16(1)(D)(3)

This is to certify that the plaintiffs in the above-entitled matter, Richard and Laura Beauregard, have conferred with their attorney, Howard H. Swartz, relative to the disposition of said matter by way of mediation, arbitration or trial, and the costs associated in pursuing each alternative.

Dated: June 14, 2005

_____
Richard Beauregard

Dated: June 14, 2005

_____
Howard H. Swartz

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all attorneys of record by hand/mail on   June 14, 2005.

_____
Howard H. Swartz

HOWARD H. SWARTZ
ATTORNEY AT LAW
3 SUMMER STREET
CHELMSFORD, MASS. 01824

TEL. (978) 256-9655
(978) 441-9229