UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

RICHARD BEAUREGARD and          )
LAURA BEAUREGARD,               )
   Plaintiffs                 )
                                )
V.                              )          Civil Action
                                )          No: 05-10472 RGS
EVEREST PARTNERS,               )
   Defendant                  )

## JOINT STATEMENT BY THE PARTIES

Pursuant to Local Rule 16.1(d) and the Notice of Scheduling Conference the parties

hereby submit their suggested plan for discovery and the filing of motion in the within matter.

**I.**    **Suggested Discovery Plan**

1.   **Initial Disclosures**:

Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by
August 8, 2005.

2.   **Amendments to Pleadings:**

Except for good cause shown, no motion seeking leaving to add new parties or to
amend the pleadings to assert new claims or defenses may be filed after March
28, 2006.

3.   **Fact Discovery - Interim Deadlines**:

a.   All requests for production of documents and interrogatories must be
served by November 18, 2005.

b.   All requests for admission must be served by December 19, 2005

HOWARD H. SWARTZ
ATTORNEY AT LAW
3 SUMMER STREET
CHELMSFORD, MASS. 01824

TEL. (978) 256-9655
(978) 441-9229

        c.      All depositions, other than expert depositions, must be completed by
March 13, 2006.

4.     **Fact Discovery - Final Deadline**:

       All discovery, other than expert discovery, must be completed by April 28, 2006.

5.     **Expert Discovery**:

        a.      Plaintiffs' trial experts must be designated, and the information
contemplated by Fed.R.Civ.P.26(a)(2) must be disclosed, by May 26,
2006.

        b.      Plaintiffs' trial experts must be deposed by July 28, 2006, but not before
defendant's designation.

        c.      Defendant's trial experts must be designated, and the information
contemplated by Fed.R.Civ.P.26(a)(2) must be disclosed by July 14, 2006.

        d.      Defendant's trial experts must be deposed by October 13, 2006.

6.     **Dispositive Motions:**

        1.      Dispositive motions such as motions for summary judgment or partial
summary judgment and motions for judgment on the pleadings, must be
filed by November 10, 2006.

        2.      Opposition to dispositive motions must be filed within 30 days after
service of the motion.

7.     Case disposed of by Alternative Dispute Resolution or trial by December 8, 2006.

II.     **Trial By Magistrate**

       At this point, the plaintiffs and defendant have not determined whether they

would be willing to consent to a trial by Magistrate Judge.

HOWARD H. SWARTZ
ATTORNEY AT LAW
3 SUMMER STREET
CHELMSFORD, MASS. 01824

TEL. (978) 256-9655
(978) 441-9229

III.    **Local Rule 16.1 Certifications**

The parties have attached hereto copies of their Local Rule 16.1 Certifications.

Plaintiffs
Richard Beauregard
Laura Beauregard
By Their Attorney

Howard H. Swartz (BBO#489620)
Law Offices of Howard H. Swartz, P.C.
3 Summer Street
Chelmsford, MA 01824
(978) 256-9655

Defendant
Everest Partners
By Their Attorney,

7-11-05
Michael L. Mahoney (BBO# 557562)
Mullen & McGourty
52 Temple Place, 4th Floor
Boston, MA 02111
(617) 338-9200

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on June 3, 2005.

Howard H. Swartz

HOWARD H. SWARTZ
ATTORNEY AT LAW
3 SUMMER STREET
HELMSFORD, MASS. 01824

TEL. (978) 256-9655
(978) 441-9229