UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.:    05 10472 RGS

RICHARD P. BEAUREGARD )
and LAURA BEAUREGARD )
    Plaintiffs )
 )
v. )
 )
EVEREST PARTNERS, LLC )
    Defendant )

## STIPULATION OF DISMISSAL

    The parties to the above-entitled action, pursuant to the provisions of the Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed on all claims, cross claims, counterclaims, dismissing any and all counts with prejudice, without interest or costs to contribution of any kind from any and all parties in this matter.

Dated: ~~August~~ September 12, 2005

The Plaintiff,
by his attorney,

_____
Howard H. Swartz, Esq.
Law Offices
3 Summer Street
Chelmsford, MA 01824
Phone #: 978-256-9655
BBO#: 489620

The Defendant
by their attorney,

_____
Michael L. Mahoney
Mullen & McGourty
52 Temple Place, 4th Floor
Boston, MA 02111
Phone #: (617) 338-9200
BBO# 557562

CERTIFICATE OF SERVICE

    I, Michael L. Mahoney, hereby certify that I provided copies of the within documents to all parties by forwarding copies via facsimile and first class mail, postage prepaid to:

Howard H. Swartz, Esq.
Law Offices
3 Summer Street
Chelmsford, MA 01824

Dated: September, 29 2005

Michael L. Mahoney